Sean P. Flynn, Esq. (SBN 220184)
*sflynn@foleymansfield.com*
**FOLEY & MANSFIELD, PLLP**
300 South Grand Avenue, Suite 2800
Los Angeles, CA 90071
Telephone: (213) 283-2100
Facsimile: (213) 283-2101

Attorneys for Defendant
**I.C. SYSTEM, INC.**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVE VACARRO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiff,<br><br>    vs.<br><br>I.C. SYSTEM, INC.,<br><br>    Defendants. | Case No:    12CV237-JAH-NLS<br><br>**(CLASS ACTION)**<br><br>**DEFENDANT I.C. SYSTEM, INC.'S ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL**<br><br><br>Complaint Filed:    September 28, 2012<br>Trial Date:    TBD |

///
///
///
///
///
///
///
///
///
///

Defendant I.C. SYSTEMS, INC. ("Defendant") hereby responds on behalf of itself, and no other, to the Complaint of Plaintiff DAVE VACARRO, ("Plaintiff") as follows:

1.    Pursuant to Rule 8(b)(3) of the Federal Rules of Civil Procedure, Defendant generally denies each and every allegation contained in the complaint except those expressly admitted below.

2.    Defendant admits the allegations of paragraphs:  2; 5 relative Defendant's name only and principal place of business, the remaining allegations are denied; and 8.

## PRAYER FOR RELIEF

Defendant denies that Plaintiff is entitled to any of the items set forth in the prayer for relief.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

#### (Statute of Limitations)

Defendant is informed and believes and thereon alleged that the applicable statutes of limitation bar all claims for relief in the Complaint.

### Second Affirmative Defense

#### (Contributory/Comparative Fault)

Defendant is informed and believes and thereon alleges that any alleged damages sustained by Plaintiff were, at least in part, caused by the actions of Plaintiff and resulted from Plaintiff's own negligence, which equaled or exceeded any alleged negligence or wrongdoing by Defendant.

### Third Affirmative Defense

#### (Failure to Mitigate)

The damages claimed by Plaintiff could have been mitigated with due diligence or by one acting under similar circumstances.  Plaintiff's failure to mitigate is a bar to recovery under the Complaint.

**Fourth Affirmative Defense**

(Estoppel)

The Complaint and each of its purported claims for relief are barred by the doctrine of estoppel.

**Fifth Affirmative Defense**

(Laches)

The Complaint and each of its purported claims for relief are barred by the doctrine of laches.

**Sixth Affirmative Defense**

(Unclean Hands)

The Complaint and each of its purported claims for relief are barred by the doctrine of unclean hands. Plaintiff's Complaint does not contend that the subject debt is not owed, nor that the subject debt has been satisfied. As such, Plaintiff is in breach of the agreement with the credit originator, and but for the breach of that agreement Defendant would not have communicated with Plaintiff.

**Seventh Affirmative Defense**

(Waiver)

The Complaint and each of its purported claims for relief are barred by the doctrine of waiver.

**Eighth Affirmative Defense**

(Good Faith)

Defendant alleges that at all times it acted in good faith and with good cause. The conduct of Defendant was within the reasonable expectations of the parties and was reasonably related to Defendant's legitimate business interests upon the basis of reasonable factors.

**Ninth Affirmative Defense**

(Failure to State a Claim)

The Complaint, fails to state facts sufficient to constitute a cause of action against

3

Defendant relative to the content of the alleged communications and further fails to state facts sufficient to entitle Plaintiff to the relief sought, or to any other relief whatsoever, from Defendant.

### Tenth Affirmative Defense

#### (Joinder)

Defendant is informed and believes and thereon alleges that any purported damages allegedly suffered by Plaintiffs are the result of the acts or omissions of third persons over whom Defendant had neither control nor responsibility, and whom Plaintiff has failed to name in this action.

### Eleventh Affirmative Defense

#### (Reserved Affirmative Defenses)

Defendant alleges that the Complaint does not describe the alleged actions with sufficient particularity to permit it to ascertain what other defenses may exist at this time. Defendant therefore reserves the right to assert all defenses that may pertain to the Complaint as the facts of the case are discovered.

**WHEREFORE**, Defendant prays as follows:

1.    Plaintiff takes nothing by way of her Complaint herein and that this action is dismissed in its entirety;

2.    For Defendant's attorney's fees and costs incurred herein;

3.    For such other relief as the Court may deem just and proper.


DATED: November        , 2012          **FOLEY & MANSFIELD, PLLP**


By: */s/ Sean P. Flynn*
—————————————————
Sean P. Flynn
Attorneys for Defendant
**I.C. SYSTEM, INC.**

4

DEFENDANT I.C. SYSTEM, INC.'S ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL

# DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that defendant I.C. SYSTEM, INC. hereby demands a trial by jury in this action.

DATED: November  20, 2012          **FOLEY & MANSFIELD, PLLP**

By: */s/ Sean P. Flynn*
Sean P. Flynn
Attorneys for Defendant
**I.C. SYSTEM, INC.**

Defendant relative to the content of the alleged communications and further fails to state facts sufficient to entitle Plaintiff to the relief sought, or to any other relief whatsoever, from Defendant.

### Tenth Affirmative Defense

(Joinder)

Defendant is informed and believes and thereon alleges that any purported damages allegedly suffered by Plaintiffs are the result of the acts or omissions of third persons over whom Defendant had neither control nor responsibility, and whom Plaintiff has failed to name in this action.

### Eleventh Affirmative Defense

(Reserved Affirmative Defenses)

Defendant alleges that the Complaint does not describe the alleged actions with sufficient particularity to permit it to ascertain what other defenses may exist at this time. Defendant therefore reserves the right to assert all defenses that may pertain to the Complaint as the facts of the case are discovered.

**WHEREFORE**, Defendant prays as follows:

1.      Plaintiff takes nothing by way of her Complaint herein and that this action is dismissed in its entirety;

2.      For Defendant's attorney's fees and costs incurred herein;

3.      For such other relief as the Court may deem just and proper.


DATED: November 20, 2012                **FOLEY & MANSFIELD, PLLP**


                                        By: */s/ Sean P. Flynn*
                                        Sean P. Flynn
                                        Attorneys for Defendant
                                        **I.C. SYSTEM, INC.**

DEFENDANT I.C. SYSTEM, INC.'S ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL

## CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:**

At the time of service, I was over 18 years of age and **not a party to this** action.  I am employed in the County of Los Angeles, State of California.  My business address is 300 South Grand Avenue, Suite 2800, Los Angeles, California 90071.

On November 20, 2012, I served true copies of the following document(s) described as **DEFENDANT I.C. SYSTEM, INC.'S ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL** on the interested parties in this action as follows:

☒ ***(BY COURT'S CM/ECF SYSTEM)*** Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF systems to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this court.

☒ **[FEDERAL]** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **November 20, 2012**, Los Angeles, California.

Christine Sanders